# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELODY WILLIAMS,                                :

        Petitioner,                    Case No. 3:15-cv-113

  - vs -                                          District Judge Thomas M. Rose
                                                    Magistrate Judge Michael R. Merz
WANDA JACKSON, Warden,
Dayton Correctional Institution,

        Respondent.                   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.  Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May 7, 2015                                              *s/Thomas M. Rose

                                                       Thomas M. Rose
                                              United States District Judge